IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Makhani, Fazal M

Printed: 10/29/08

Case Number:  03 B 51104
Judge:  Wedoff, Eugene R
Filed:  12/19/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: September 26, 2008
Confirmed: March 11, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 33,774.00 |  |
| Secured: |  | 26,276.55 |
| Unsecured: |  | 5,318.38 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,774.28 |
| Other Funds: |  | 404.79 |
| Totals: | 33,774.00 | 33,774.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 0.00 | 0.00 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | FNF Capital | Secured | 26,276.55 | 26,276.55 |
| 4. | Deutsche Financial | Unsecured | 3,761.18 | 3,761.18 |
| 5. | NCO Financial Services Inc | Unsecured | 600.47 | 600.47 |
| 6. | ECast Settlement Corp | Unsecured | 956.73 | 956.73 |
| 7. | Wells Fargo Home Mortgage | Secured | | No Claim Filed |
| 8. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 9. | Great American Finance Company | Unsecured | | No Claim Filed |
| 10. | FNF Capital | Unsecured | | No Claim Filed |
| 11. | Citibank | Unsecured | | No Claim Filed |
| 12. | Global Finance & Leasing Inc | Unsecured | | No Claim Filed |
| 13. | Citibank | Unsecured | | No Claim Filed |
| 14. | Newcourt Financial | Unsecured | | No Claim Filed |
|  |  |  | $ 31,594.93 | $ 31,594.93 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Makhani, Fazal M

Printed: 10/29/08

Case Number: 03 B 51104
Judge: Wedoff, Eugene R
Filed: 12/19/03

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 126.14 |
| 4% | 99.52 |
| 6.5% | 373.90 |
| 3% | 55.98 |
| 5.5% | 307.89 |
| 5% | 93.30 |
| 4.8% | 179.14 |
| 5.4% | 538.41 |
| | $ 1,774.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

